*William F. Gallagher*, in opposition.

Decided January 16, 1997

JACQUES ALL TRADES CORPORATION *v.* LAVERNE
BROWN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 124 (AC 14052), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded, under the facts and circumstances of this case, that the municipal exemption contained in General Statutes § 20-428 did not apply to the contracts in issue?"

The Supreme Court docket number is SC 15530.

*Joseph C. Morelli,* in support of the petition.

*George M. Purtill,* in opposition.

Decided January 17, 1997